UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff,<br><br>  v.<br><br>SHARON CAROLLO et al,<br><br>    Defendant. | Case Number: CV13-00135 DMR<br>                      CV13-00137 DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2013, I SERVED a true and correct copy(ies) of the **Orders to Remand (docket no. 8 in case no. CV 11-00135 DMR and docket no. 9 in case no. CV 11-00137 DMR)**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon Carollo
P.O. Box 349
Bethel Island, CA 94511

Dated: January 25, 2013

                                        Richard W. Wieking, Clerk
                                        By: Nikki Riley, Deputy Clerk