FILED
FEB -7 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

January 28, 2013

Contra Costa County Superior Court
1000 Center Drive
Pittsburg, CA 94565

RE: CV 13-00137 DMR   THE BANK OF NEW YORK MELLON-v-SHARON CAROLLO
    Your Case Number: (PS12-1934)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X) Certified copies of docket entries

(X) Certified copies of Remand Order

( ) Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
Copies to counsel of record

Rec'D 1/29/13
K. Ballard
K. BALLARD

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg