UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

FILED
FEB -7 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 28, 2013

Contra Costa County Superior Court
1000 Center Drive
Pittsburg, CA 94565

RE: CV 13-00137 DMR   THE BANK OF NEW YORK MELLON-v-SHARON CAROLLO
Your Case Number: (PS12-1934)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
Copies to counsel of record

Rec'D 1/29/13
K. Ballard
K. BALLARD

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg